IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JUAN CARLOS QUIROS, #04893-015                                    PETITIONER

VERSUS                                        CIVIL ACTION NO.  5:08cv168-DCB-MTP

BRUCE PEARSON, Warden                                             RESPONDENT

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal.  Pursuant to the memorandum opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this Court.

SO ORDERED AND ADJUDGED, this the    25th    day of June, 2008.


                               S/David Bramlette
                               UNITED STATES DISTRICT JUDGE